UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

      -v-                                    :      ORDER

LAWRENCE KING,                              :      04 Cr. 324 (SCR)

      Defendant.                            :

- - - - - - - - - - - - - - - - - - - -x

      Sufficient cause having been shown by the Government, and there being no objection by the defense,

      IT IS HEREBY ORDERED THAT the Government's letter pursuant to U.S.S.G. §5K1.1 of July 19, 2004 as well as the transcript of the September 19, 2004 sentencing in this matter are unsealed.

Dated: White Plains, New York
       April _11_, 2005

SO ORDERED: _____
Hon. Stephen C. Robinson
United States District Judge