UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     AMENDED
            -v-                       :     ORDER

LAWRENCE KING,                        :     04 Cr. 324 (SCR)

            Defendant.                :

- - - - - - - - - - - - - - - - - - - - x

Sufficient cause having been shown by the Government, and there being no objection by the defense,

IT IS HEREBY ORDERED THAT the Government's letter pursuant to U.S.S.G. §5K1.1 of July 19, 2004 as well as the transcript of the September 28, 2004 sentencing in this matter are unsealed.

Dated: White Plains, New York
       April 12, 2005

                    SO ORDERED: _____
                                Hon. Stephen C. Robinson
                                United States District Judge

